# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Rigoberto Hernandez  
      Vilmary Caraballo

BK NO. 24-01107 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington

Michael Farrington  
10 May 2024, 12:18:11, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA  19106  
215-627-1322

Document ID: 5da538940d921b4b639685fb71ccbea53f8b51646609c74ed502e4608a81fd7a