Certificate Number: 06531-PAM-DE-038565611

Bankruptcy Case Number: 24-01107


06531-PAM-DE-038565611

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2024, at 12:22 o'clock AM CDT, Rigoberto Hernandez completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 12, 2024

By: /s/Patricia Queen

Name: Patricia Queen

Title: Certified Credit Counselor