Certificate Number: 06531-PAM-DE-038565612

Bankruptcy Case Number: 24-01107


06531-PAM-DE-038565612

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on June 12, 2024, at 12:22 o'clock AM CDT, Vilmary Caraballo completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 12, 2024     By:   /s/Patricia Queen

Name: Patricia Queen

Title: Certified Credit Counselor