United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rigoberto Hernandez  
Vilmary Caraballo  
    Debtors

Case No. 24-01107-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jun 13, 2024     Form ID: ntcnfhrg     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rigoberto Hernandez, Vilmary Caraballo, 2746 Blue Hen Court, Harrisburg, PA 17112-9121 |
| 5614549 | + | KEYSTONE COLLECTIONS GROUP, PO BOX 502, IRWIN, PA 15642-0502 |
| 5614553 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 13 2024 18:51:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 5614538 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 13 2024 18:52:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, 125 SOUTH WEST ST, WILMINGTON, DE 19801-5014 |
| 5614539 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:41 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5614540 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 18:59:32 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5615155 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 13 2024 18:51:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5614541 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 13 2024 18:51:00 | CITIZENS BANK, ATTN: BANKRUPTCY, ONE CITIZENS DR, PROVIDENCE, RI 02903 |
| 5614542 | ^ | MEBN | Jun 13 2024 18:49:19 | CITIZENS BANK/FIRST MARK SEVICES, ATTN: BANKRUPTCY, 1 CITIZENS PLAZA, RIVERSIDE, RI 02915-3026 |
| 5614543 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2024 18:52:00 | COMENITY CAPITAL/DELL, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5614544 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2024 18:52:00 | COMENITYCAPITAL/BOSCOV, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5614545 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2024 18:52:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5614546 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2024 18:59:31 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 5622763 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:38 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5614563 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | | |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 13 2024 18:51:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5614547 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2024 18:52:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5614550 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 13 2024 18:52:00 | LOANCARE LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 5614551 | + | Email/Text: Unger@Members1st.org | Jun 13 2024 18:52:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, 5000 MARKETPLACE WAY, ENOLA, PA 17025-2431 |
| 5623925 | + | Email/Text: bankruptcynotices@psecu.com | Jun 13 2024 18:53:00 | PSECU, P.O. BOX 67013, HARRISBURG, PA 17106-7013 |
| 5614554 | + | Email/Text: bankruptcynotices@psecu.com | Jun 13 2024 18:53:00 | PSECU, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5614555 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:27 | SYNCB/CARE, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5614556 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:38 | SYNCB/SWEETWATERSOUND, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5614557 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:37 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5614558 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:39 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5614559 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:22 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5614560 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:22 | SYNCHRONY BANK/PAYPAL, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5614561 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:31 | SYNCHRONY BANK/SAMS CLUB, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5614562 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:39 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5614564 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 13 2024 18:51:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5614552 | | NONE |
| 5614548 | * | IRS CENTRALIZED INSOLVENCY ORG, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Rigoberto Hernandez DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 2 Vilmary Caraballo DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Vilmary Caraballo karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 1 Rigoberto Hernandez karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Rigoberto Hernandez,<br>**Debtor 1**<br>Vilmary Caraballo,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:24−bk−01107−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 17, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: July 24, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 13, 2024 |

ntcnfhrg (08/21)