IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RIGOBERTO HERNANDEZ | : | |
| VILMARY CARABALLO, | : | CASE NO. 1:24-bk-01107 |
| Debtors | : | |
| | : | |
| RIGOBERTO HERNANDEZ | : | |
| VILMARY CARABALLO, | : | |
| Movants | : | |
| v. | : | |
| CITIZENS BANK, N.A., | : | OBJECTION TO CLAIM # 22 |
| Respondent/Claimant | : | |

**OBJECTION TO PROOF OF CLAIM #22**

COME NOW the Debtors, by and through attorney Dorothy L. Mott, Esquire and make this Objection to Creditor's claim filed in the above–captioned bankruptcy proceeding, stating in support there of as follows:

1. The Debtors filed a Chapter 13 bankruptcy proceeding on 5/1/2024.

2. The Respondent, CITIZENS BANK, filed an unsecured claim on or about July 11, 2024 in the amount of $5,151.92.

3. The Notice of Meeting of Creditor and Appointment of Trustee provided: Government Proof of Claim due by 10/28/2024. Last day to oppose dischargeability is 8/12/2024. Proofs of Claims due by 7/10/2024.

4. The claim filed by Citizens Bank NA was untimely filed.

5. The claim should be disallowed because the claim was untimely filed.

WHEREFORE, the Debtors hereby request that this Honorable Court enter an order

1. Disallowing and dismissing the claim; and

2. Precluding the Claimant from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i); and

3. Granting such other relief as this Court deems just.

        Respectfully submitted,

        /s/ Dorothy L. Mott

        _____
        Dorothy L. Mott, Esquire
        125 State Street
        Harrisburg, PA 17101
        717.232.6650 Tel
        717.232.0477 Fax
        doriemott@aol.com

LOCAL BANKRUPTCY FORM 3007-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>RIGOBERTO HERNANDEZ<br>VILMARY CARABALLO,<br>    Debtors | :<br>:<br>:<br>:<br>: | CHAPTER 13<br><br>CASE NO. 1:24-bk-01107 |
| RIGOBERTO HERNANDEZ<br>VILMARY CARABALLO,<br>    Objectors | :<br>:<br>:<br>: | OBJECTION TO CLAIM # 22 |
| CITIZENS BANK, N.A.,<br>    Respondent/Claimant | :<br>:<br>:<br>:<br>: | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO: CITIZENS BANK ("Claimant")**

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**

Rigoberto Hernandez and Vilmary Caraballo have filed an objection to the proof of claim you filed in this bankruptcy case.

**NOTICE: <u>Your claim may be reduced, modified, or eliminated</u>.** You should read this notice and the objection carefully and discuss them with your attorney, if you have one.

If you do not want to the court to enter an order affecting your claim, then on or before August 11, 2024, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at:

(Select the appropriate address)

| | | | |
|---|---|---|---|
| ☐ | 274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701 | ☑ | Sylvia H. Rambo U.S. Courthouse<br>1501 N. 6th Street, 3rd floor<br>Harrisburg, PA 17102 |

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:
Dorothy L. Mott, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
717. 232.6650 Tel
717.232.0476 Fax
doriemott@aol.com

**If you or your attorney do not take these steps, the court may decide that you do not oppose an order affecting your claim. Attorney for Objector**

/s/ Dorothy L. Mott
Dorothy L. Mott Law Office, LLC
PA ID: 43568
125 State Street, Harrisburg PA 17101
717. 232.6650 Tel
717.232.0476 Fax
doriemott@aol.com

Date of Notice: July 12, 2024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RIGOBERTO HERNANDEZ | : | |
| VILMARY CARABALLO, | : | CASE NO. 1:24-bk-01107 |
|     Debtors | : | |
| | : | |
| RIGOBERTO HERNANDEZ | : | |
| VILMARY CARABALLO, | : | |
|     Movants | : | |
| v. | : | |
| CITIZENS BANK, N.A., | : | OBJECTION TO CLAIM # 22 |
|     Respondent/Claimant | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>July 12, 2024</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| Name and Address | Mode of Service |
|---|---|
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE, STE A<br>HUMMELSTOWN, PA 17036 | Electronically |
| CITIZENS BANK NA<br>ATT PRESIDENT<br>ONE CITIZENS BANK WAY JCA115<br>JOHNSTON, RI 02919 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 07/12/2024

/s/Dorothy L Mott

_____
Dorothy L Mott, Esquire
Atty ID #43568
Dorothy L. Mott Law Office, LLC
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RIGOBERTO HERNANDEZ | : | |
| VILMARY CARABALLO, | : | CASE NO. 1:24-bk-01107 |
|     Debtors | : | |
| | : | |
| RIGOBERTO HERNANDEZ | : | |
| VILMARY CARABALLO, | : | |
|     Movants | : | |
| v. | : | |
| CITIZENS BANK, N.A., | : | OBJECTION TO CLAIM # 22 |
|     Respondent/Claimant | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**O R D E R**

    UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtors, it is hereby

    ORDERED that the claim of the Respondent is disallowed and dismissed; it is further

    ORDERED that the Claimant is precluded from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i); it is further