## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          **CHAPTER 13**
RIGOBERTO HERNANDEZ

VILMARY CARABALLO

Debtor(s)                              CASE NO. _24-01107_

## DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH
## POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS
## 1129(a)(14), 1225(a)(7), 1325(a)(8) AND (a)(9)

I, Rigoberto Hernandez and Vilmary Caraballo, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on

_7-24-24_

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event of any of the information contained in this Certification changes.

5. If this Certification being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the forgoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: _6/13/24_     BY: _____
                         Rigoberto Hernandez

DATED: _6/13/24_     BY: _____
                         Vilmary Caraballo